# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-50183
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

December 31, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Rafael Dominguez,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:23-CR-99-1

————————————————————

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Rafael Dominguez was convicted of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1). On appeal, Dominguez argues that § 922(g)(1) is facially unconstitutional under the Second Amendment. This argument is foreclosed by our precedent. *See United States v. Diaz*, 116 F.4th 458, 471–72 (5th Cir. 2024). Although Dominguez raised an

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

as-applied challenge below, he failed to raise it before this court. That argument is thus abandoned. *See Cinel v. Connick*, 15 F.3d 1338, 1345 (5th Cir. 1994); FED. R. APP. P. 28(a)(8)(A). Finally, Dominguez asserts that § 922(g)(1) violates the Commerce Clause. But as Dominguez recognizes, this argument is also foreclosed by our prior decisions. *See, e.g.*, *United States v. Perryman*, 965 F.3d 424, 426 (5th Cir. 2020).

AFFIRMED.